443 A.2d 378

Commonwealth v. Bolar, Appellant.

Petition for Allowance of Appeal Denied June 30, 1982.

Submitted November 4, 1981. Nino V. Tinari, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.

Order affirmed.